# UNITED STATES BANKRUPTCY COURT

Lynchburg/Western District of Virginia

In Re:                                                    CASE NO: 23-61305
ALTHEA ARLENE KIDD

## Certificate of Mailing

ALTHEA ARLENE KIDD
323 LUCY STREET
APPOMATTOX, VA  24522

The undersigned certifies, under penalty of perjury, that a copy of the attached Final Report in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was electronically mailed to the above.

Dated: June 25, 2026                    /s/ Angela M. Scolforo

                                        Angela M. Scolforo
                                        P. O. Box 2103
                                        Charlottesville, VA  22902
                                        Ph: 434-817-9913; Email: ch13staff@cvillech13.net